DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARKEITH LOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00267 LJO |
| Plaintiff, | DEFENDANT'S NOTICE OF MOTION AND MOTION FOR CHANGE OF VENUE DUE TO PREJUDICIAL MEDIA COVERAGE |
| v. | |
| MARKEITH LOYD, | Date:  February 20, 2009 |
| Defendant. | Time:  10:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**TO: LAWRENCE G. BROWN, ACTING UNITED STATES ATTORNEY, AND KEVIN P. ROONEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on February 20, 2009, at 10:30 a.m., in the courtroom of the Honorable Lawrence J. O'Neill, defendant Markeith Loyd, through counsel, will and does hereby move for a change of venue pursuant to the Sixth Amendment of the United States Constitution, Rule 21(a), Federal Rules of Criminal Procedure, and such other statutory rules and case law as may apply.

This motion is based upon this notice of motion and memorandum of points and authorities, the

///

///

///

///

1 | files and records in the above-entitled cause, and any and all further information and authorities that may
2 | be brought to the Court's attention before or during the hearing on this motion.
3 | Dated: January 23, 2009
4 | Respectfully submitted,
5 | DANIEL J. BRODERICK
Federal Defender

/s/  Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Markeith Loyd